UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMANUEL L. BOONE,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>GARCIA, et al.,<br><br>　　　　　Defendants. | 1:23-cv-00173-ADA-GSA-PC<br><br>**ORDER WITHDRAWING FINDINGS AND RECOMMENDATIONS ISSUED ON MARCH 31, 2023**<br><br>**(ECF No. 13.)** |

　　　On March 31, 2023, the Court issued findings and recommendations, recommending that this case be dismissed based on Plaintiff's failure to comply with the Court's order issued on February 6, 2023 requiring Plaintiff to complete and submit the Court's consent/decline form within 30 days. (ECF No. 13.) On April 11, 2023, Plaintiff filed objections to the findings and recommendations. (ECF No. 14.) Plaintiff also filed a completed consent/decline form in compliance with the Court's February 6, 2023 order. (ECF No. 15.)

　　　In light of the fact that Plaintiff filed a completed consent/decline form on April 11, 2023, the court shall withdraw the findings and recommendations issued on March 31, 2023.

　　　Accordingly, **IT IS HEREBY ORDERED** that the findings and recommendations issued on March 31, 2023, are WITHDRAWN.

IT IS SO ORDERED.

　　Dated: 　**April 12, 2023**　　　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE