**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EMANUEL L. BOONE,<br><br>        Plaintiff,<br><br>    v.<br><br>GARCIA, *et al.*,<br><br>        Defendants. | Case No. 1:23-cv-0173 KES BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING CERTAIN CLAIMS AND DEFENDANTS, AND DIRECTING THE CLERK OF COURT TO UPDATE THE DOCKET<br><br>Doc. 22 |

Emanuel L. Boone seeks to hold various medical providers liable for violations of his civil rights and the Americans with Disabilities Act. *See* Doc. 21 at 3. The magistrate judge screened Boone's amended complaint and found he stated a cognizable claim under the Eighth Amendment for deliberate indifference related to denial of medical care against Drs. Rhonda Diem Hong, Dario, John Richard Garcia, and Ramen. Doc. 22 at 2-7, 8-9. The magistrate judge found Boone failed to state a claim against the other medical providers, as the allegations showed only a difference of opinion concerning treatment. *Id.* at 9. Further, the magistrate judge found Boone did not state a claim under the ADA or for the requested injunctive relief. *Id.* at 7-8, 10. The magistrate judge recommended the action proceed on the cognizable claims and that the other claims and defendants be dismissed. *Id.* at 10-11.

On November 25, 2025, the court served the findings and recommendations on Boone and informed him that any objections were due within 14 days. Doc. 22 at 11. The court also

1

informed Boone that the failure to file objections by the specified time may result in the waiver of certain rights on appeal. *Id.* (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014)). Boone did not file objections and the time to do so has expired.

In accordance with 28 U.S.C. § 636(b)(1), the court performed a de novo review of this case. Having carefully reviewed the file, the court concludes that the findings and recommendations are supported by the record and by proper analysis. Thus, the court **ORDERS**:

1. The findings and recommendations issued on November 25, 2025 (Doc. 22) are **ADOPTED** in full.

2. This action **SHALL** proceed only on Plaintiff's Eight Amendment claim, for deliberate indifference based on the denial of medical care, against defendants Dr. Rhonda Diem Hong, Dr. Dario, Dr. John Richard Garcia, and Dr. Ramen.

3. All other claims and defendants are **DISMISSED** from the action for failure to state claims upon which relief may be granted.

4. The Clerk of Court is directed to update the docket and terminate S. Uriarte and Robin McConnell as defendants.

5. This action is referred to the magistrate judge for proceedings consistent with this order.

IT IS SO ORDERED.

Dated:    February 23, 2026

_____
UNITED STATES DISTRICT JUDGE

2