# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

EMANUEL L. BOONE,

Plaintiff,

v.

GARCIA, *et al.*,

Defendants.

Case No. 1:23-cv00173-KES-BAM (PC)

ORDER TO SHOW CAUSE WHY DEFENDANTS HONG, GARCIA, AND RAMEN SHOULD NOT BE DISMISSED FROM THIS ACTION FOR FAILURE TO PROVIDE SUFFICIENT INFORMATION TO EFFECTUATE SERVICE

(ECF Nos. 29, 30, 31)

**THIRTY (30) DAY DEADLINE**

Plaintiff Emanuel L. Boone ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's first amended complaint against defendants Dr. Rhonda Diem Hong, Dr. Dario, Dr. John Richard Garcia, and Dr. Ramen for deliberate indifference based on the denial of medical care in violation of the Eighth Amendment.

On March 3, 2026, the Court found service of the first amended complaint appropriate and ordered that service be initiated for Dr. Rhonda Diem Hong, Dr. Dario, Dr. John Richard Garcia, and Dr. Ramen, all of Adventist Health Bakersfield. (ECF No. 24.) The Court forwarded service documents to Plaintiff for completion and return within thirty days. (*Id.*)

Following Plaintiff's submission of service documents, the Court directed service of defendants by the United States Marshal on April 2, 2026. (ECF No. 27.)

On August 7, 2026, the United States Marshal filed returns of service unexecuted as to Defendants Dr. Rhonda Diem Hong, Dr. John Richard Garcia, and Dr. Ramen. (ECF Nos. 29, 30, 31.)

Federal Rule of Civil Procedure 4(m) provides as follows:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m).

In cases involving a plaintiff proceeding *in forma pauperis*, the Marshal, upon order of the court, shall serve the summons and the complaint. Fed. R. Civ. P. 4(c)(3). "[A]n incarcerated pro se plaintiff proceeding in forma pauperis is entitled to rely on the U.S. Marshal for service of the summons and complaint, and . . . should not be penalized by having his or her action dismissed for failure to effect service where the U.S. Marshal or the court clerk has failed to perform the duties required of each of them . . . ." *Puett v. Blandford*, 912 F.2d 270, 275 (9th Cir. 1990). "So long as the prisoner has furnished the information necessary to identify the defendant, the marshal's failure to effect service is 'automatically good cause . . . .'" *Walker v. Sumner*, 14 F.3d 1415, 1422 (9th Cir. 1994), abrogated on other grounds by *Sandin v. Connor*, 515 U.S. 472, 115 (1995). However, where a *pro se* plaintiff fails to provide the Marshal with accurate and sufficient information to effect service of the summons and complaint, the Court's *sua sponte* dismissal of the unserved defendant is appropriate. *Walker*, 14 F.3d at 1421–22.

Here, the United States Marshal attempted personal service on Defendants Dr. Rhonda Diem Hong, Dr. John Richard Garcia, and Dr. Ramen at Adventist Health Bakersfield, but was informed that defendants do not work at that hospital. (ECF No. 29, 30, 31.) Plaintiff therefore has not provided sufficient information to locate Defendants Dr. Rhonda Diem Hong, Dr. John Richard Garcia, and Dr. Ramen for service of process. If Plaintiff is unable to provide the Marshal with the necessary information to locate these defendants, Defendants Dr. Rhonda Diem Hong, Dr. John Richard Garcia, and Dr. Ramen, shall be dismissed from this action, without

prejudice.

Pursuant to Rule 4(m), the Court will provide Plaintiff with the opportunity to show cause why Defendants Dr. Rhonda Diem Hong, Dr. John Richard Garcia, and Dr. Ramen should not be dismissed from the action at this time. Plaintiff may respond to this order by providing additional information that will assist the Marshal in locating these defendants for service of process.

Based on the foregoing, it is HEREBY ORDERED that:

1. Within **thirty (30) days** from the date of service of this order, Plaintiff shall show cause why Defendants Dr. Rhonda Diem Hong, Dr. John Richard Garcia, and Dr. Ramen should not be dismissed from this action; and
2. **The failure to respond to this order or the failure to show cause will result in the dismissal of any unidentified defendant from this action, due to Plaintiff's failure to serve process pursuant to Federal Rule of Civil Procedure 4(m).**

IT IS SO ORDERED.

Dated: **August 11, 2026**

/s/ Barbara A. McAuliffe

UNITED STATES MAGISTRATE JUDGE