UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

EMANUEL L. BOONE,

Plaintiff,

v.

GARCIA, *et al.*,

Defendants.

Case No. 1:23-cv-00173-KES-BAM (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING HONG, GARCIA, AND RAMEN AS DEFENDANTS

Doc. 34

Emanuel L. Boone asserts that Dr. Rhonda Diem Hong, Dr. Dario, Dr. John Richard Garcia, and Dr. Ramen were deliberately indifferent to his need for medical care in violation of the Eighth Amendment. *See generally* Docs. 21, 23. Although the Court found service was appropriate, Boone failed to provide sufficient information to effectuate service on defendants Hong, Garcia, and Ramen, as required under Rule 4(m) of the Federal Rules of Civil Procedure. On August 11, 2026, the assigned magistrate judge ordered Boone to show cause why defendants Hong, Garcia, and Ramen should not be dismissed. Doc. 32. Boone did not respond to the order.

The magistrate judge then issued findings and recommendations, noting that the U.S. Marshal was unable to serve Hong, Garcia, and Ramen based on the information provided by Boone. Doc. 34 at 2-3. The magistrate judge recommended that Hong, Garcia, and Ramen be dismissed as defendants pursuant to Rule 4(m). *Id.* at 3. The court served the findings and recommendations on Boone and notified him that any objections were due within 14 days.

Doc. 34 at 3. In addition, the court informed Boone that the failure to file timely objections may result in the waiver of rights on appeal. *Id.* Boone did not file objections, and the deadline to do so has expired.

In accordance with 28 U.S.C. § 636(b)(1), this court conducted a de novo review of the case. Having carefully reviewed the matter, the court concludes the findings and recommendations are supported by the record and by proper analysis. The court ORDERS:

1. The findings and recommendations issued on September 23, 2026 (Doc. 34) are ADOPTED in full.
2. Hong, Garcia, and Ramen are DISMISSED as defendants, without prejudice, pursuant to Federal Rule of Civil Procedure 4(m).

IT IS SO ORDERED.

Dated: October 31, 2026

UNITED STATES DISTRICT JUDGE